# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CALICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and, TESLA MOTORS, INC. LONG TERM DISABILITY INSURANCE PLAN,<br><br>  Defendants. | Case No. 2:21-cv-00348-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT TESLA MOTORS, INC. LONG TERM DISABILITY INSURANCE PLAN** |

Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that defendant TESLA MOTORS, INC. LONG TERM DISABILITY INSURANCE PLAN (the "plan") is dismissed from this action without prejudice, with the Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the plan and the dismissal of the plan. The Prudential Insurance Company of America shall remain the only named Defendant in this action.

**IT IS SO ORDERED.**

DATED: April 8, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE